**Fill in this information to identify the case:**

Debtor name **Cliff Hanger Cattle, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-20129**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 0.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 23,376,993.41

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b   $ 23,376,993.41

**Fill in this information to identify the case:**

Debtor name: **Cliff Hanger Cattle, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **18-20129**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**   Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Checking Account<br>Rabo Bank<br>PO Box 411995<br>St. Louis, MO 63141 | Checking Account | 7169 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 1

| Debtor | **Cliff Hanger Cattle, LLC** | Case number *(If known)* **18-20129** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Cliff Hanger Cattle, LLC**     Case number *(If known)* **18-20129**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cliff Hanger Cattle, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **18-20129** |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Cliff Hanger Cattle, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **18-20129**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Texas Attorney General**<br>**P.O. Box 12548**<br>**Austin, TX 78711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Cliff Hanger Cattle, LLC**  Case number (if known) **18-20129**
      Name

| 2.3 | Priority creditor's name and mailing address<br>**U.S. Attorney General**<br>**U.S. Department of Justice**<br>**10th & Pennsylvania Ave**<br>**Washington, DC 20530** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address<br>**U.S. Attorney's Office**<br>**1205 Texas Ave.  Room 700**<br>**Lubbock, TX 79401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Lone Star Bank**<br>**6220 Milwaukee Ave.**<br>**Lubbock, TX 79424**<br>Date(s) debt was incurred <u>06/01/2017</u><br>Last 4 digits of account number <u>7471</u> | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Debtor is guarantor to Waggoner Cattle, LLC, Bugtussle Cattle, LLC and Cirlce W of Dimmitt, Inc. debt to Lone Star State Bank.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,300,000.00 |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Lone Star Bank**<br>**6220 Milwaukee Ave.**<br>**Lubbock, TX 79424**<br>Date(s) debt was incurred <u>06/01/2017</u><br>Last 4 digits of account number <u>7463</u> | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Debtor is guarantor to Waggoner Cattle, LLC, Bugtussle Cattle, LLC and Cirlce W of Dimmitt, Inc. debt to Lone Star State Bank.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,000,000.00 |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Lone Star Bank**<br>**6220 Milwaukee Ave.**<br>**Lubbock, TX 79424**<br>Date(s) debt was incurred <u>06/01/2017</u><br>Last 4 digits of account number <u>5659</u> | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Debtor is guarantor to Waggoner Cattle, LLC, Bugtussle Cattle, LLC and Cirlce W of Dimmitt, Inc. debt to Lone Star State Bank.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,720,500.00 |

| Debtor | **Cliff Hanger Cattle, LLC** | Case number (if known) | **18-20129** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Lone Star Bank**<br>**6220 Milwaukee Ave.**<br>**Lubbock, TX 79424**<br><br>Date(s) debt was incurred  **03/09/2016**<br>Last 4 digits of account number  **6049** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Debtor is guarantor to Waggoner Cattle, LLC, Bugtussle Cattle, LLC and Cirlce W of Dimmitt, Inc. debt to Lone Star State Bank.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$92,000.00** |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**Rabo Bank**<br>**PO Box 411995**<br>**Saint Louis, MO 63141**<br><br>Date(s) debt was incurred  **01/15/2017**<br>Last 4 digits of account number  **6329** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Debtor is guarantor to Waggoner Cattle, LLC and Cirlce W of Dimmitt, Inc. debt to Rabo Bank.**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,264,493.41** |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brad Odell**<br>**Mullin Hoard & Brown, LP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brad Odell**<br>**Mullin Hoard & Brown, LP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brad Odell**<br>**Mullin Hoard & Brown, LP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line  **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Brad Odell**<br>**Mullin Hoard & Brown, LP**<br>**P.O. Box 2585**<br>**Lubbock, TX 79408** | Line  **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Kurt Leistikow**<br>**6919 Chancellor Drive**<br>**Cedar Falls, IA 50613** | Line  **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Linda Kobliska**<br>**6919 Chancellor Drive**<br>**Cedar Falls, IA 50613** | Line  **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Steven Hoard**<br>**Mullin Hoard & Brown, LLP**<br>**500 S. Taylor, Lobby Box 213**<br>**Amarillo, TX 79101** | Line  **3.1**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Cliff Hanger Cattle, LLC**     Case number (if known) **18-20129**
    Name

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.8 | **Steven Hoard**<br>**Mullin Hoard & Brown, LLP**<br>**500 S. Taylor, Lobby Box 213**<br>**Amarillo, TX 79101** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Steven Hoard**<br>**Mullin Hoard & Brown, LLP**<br>**500 S. Taylor, Lobby Box 213**<br>**Amarillo, TX 79101** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Steven Hoard**<br>**Mullin Hoard & Brown, LLP**<br>**500 S. Taylor, Lobby Box 213**<br>**Amarillo, TX 79101** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

|   |   | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **23,376,993.41** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **23,376,993.41** |

**Fill in this information to identify the case:**

Debtor name **Cliff Hanger Cattle, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **18-20129**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Cliff Hanger Cattle, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **18-20129**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 | Bugtussle Cattle, LLC | 2936 US Highway 385 Dimmitt, TX 79027 Guarantee | Lone Star Bank | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.2 | Bugtussle Cattle, LLC | 2936 US Highway 385 Dimmitt, TX 79027 Guarantee | Lone Star Bank | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.3 | Bugtussle Cattle, LLC | 2936 US Highway 385 Dimmitt, TX 79027 Guarantee | Lone Star Bank | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.4 | Bugtussle Cattle, LLC | 2936 US Highway 385 Dimmitt, TX 79027 Guarantee | Lone Star Bank | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |
| 2.5 | Bugtussle Cattle, LLC | 2936 US Hwy 385 Dimmitt, TX 79027 Guarantor | Rabo Bank | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |

Debtor **Cliff Hanger Cattle, LLC**     Case number *(if known)* **18-20129**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.6 | **Circle W of Dimmitt, Inc.** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.1**__<br>☐ G ____ |
| 2.7 | **Circle W of Dimmitt, Inc.** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.2**__<br>☐ G ____ |
| 2.8 | **Circle W of Dimmitt, Inc.** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.3**__<br>☐ G ____ |
| 2.9 | **Circle W of Dimmitt, Inc.** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.4**__<br>☐ G ____ |
| 2.10 | **Circle W of Dimmitt, LLC** | **2936 US Hwy 385**<br>**Dimmitt, TX 79027**<br>**Guarantor** | **Rabo Bank** | ☐ D ____<br>■ E/F __**3.5**__<br>☐ G ____ |
| 2.11 | **Quint Waggoner** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Personal Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.1**__<br>☐ G ____ |
| 2.12 | **Quint Waggoner** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Personal Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.2**__<br>☐ G ____ |
| 2.13 | **Quint Waggoner** | **2936 US Highway 385**<br>**Dimmitt, TX 79027**<br>**Personal Guarantee** | **Lone Star Bank** | ☐ D ____<br>■ E/F __**3.3**__<br>☐ G ____ |

| Debtor | **Cliff Hanger Cattle, LLC** | Case number *(if known)* | **18-20129** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Quint Waggoner** | 2936 US Highway 385<br>Dimmitt, TX 79027<br>**Personal Guarantee** | **Lone Star Bank** | ☐ D<br>■ E/F  **3.4**<br>☐ G |
| 2.15 | **Quint Waggoner** | 2936 US Highway 385<br>Dimmitt, TX 79027<br>**Personal Guarantee** | **Rabo Bank** | ☐ D<br>■ E/F  **3.5**<br>☐ G |
| 2.16 | **Waggoner Cattle, LLC** | 2936 US Highway 385<br>Dimmitt, TX 79027<br>**Guarantee** | **Lone Star Bank** | ☐ D<br>■ E/F  **3.1**<br>☐ G |
| 2.17 | **Waggoner Cattle, LLC** | 2936 US Highway 385<br>Dimmitt, TX 79027<br>**Guarantee** | **Lone Star Bank** | ☐ D<br>■ E/F  **3.2**<br>☐ G |
| 2.18 | **Waggoner Cattle, LLC** | 2936 US Highway 385<br>Dimmitt, TX 79027<br>**Guarantee** | **Lone Star Bank** | ☐ D<br>■ E/F  **3.3**<br>☐ G |
| 2.19 | **Waggoner Cattle, LLC** | 2936 US Highway 385<br>Dimmitt, TX 79027<br>**Guarantee** | **Lone Star Bank** | ☐ D<br>■ E/F  **3.4**<br>☐ G |
| 2.20 | **Waggoner Cattle, LLC** | 2936 US Hwy 385<br>Dimmitt, TX 79027<br>**Guarantor** | **Rabo Bank** | ☐ D<br>■ E/F  **3.5**<br>☐ G |